DAVID THOMSON, as Trustee of the Estate of BENJAMIN LORD, Deceased, and MARY HANSON *v.* EMMA C. HILL et al., Appellants, Impleaded with GILBERT M. HUSTED, Respondent, LORENZO GOODWIN et al.

Reported below, 87 Hun, 111.
(Argued November 22, 1897; decided November 30, 1897.)

MOTION to dismiss an appeal from a judgment of the General Term of the Supreme Court in the first judicial department, entered June 8, 1895, which affirmed a judgment entered upon a decision of the court on trial at Special Term in an action for the construction of a will.

The motion was made upon the ground that the appellants have derived some benefit from the judgment appealed from and so are estopped.

96

*James F. Pendleton* for motion.

*Louis A. Noble* and *Noah Tebbetts* opposed.

Motion denied, with ten dollars costs.